IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PATRICIA LISTER                                                    PLAINTIFF

v.                        Case No. 13-6071

AREA AGENCY ON AGING,
JUNE DICKERSON and
MISSEY MASTERSON                                                   DEFENDANTS

## ORDER

Now on this 15th day of August 2013, there comes on for consideration the report and recommendation filed herein on July 29, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 9). Also before the Court are Plaintiff's written objections (doc. 10).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to state claims on which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge